UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR0219-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING SENTENCING HEARING** |
| MARIA ANN BENT, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the sentencing hearing set for August 2, 2007, be rescheduled to Friday, September 7, 2007, at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: July 20, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge